MICHAEL J. WALKER, OSB #055108
mwalker@pbswlaw.com
PARKS BAUER LLP
570 Liberty Street SE, Suite 200
Salem, OR 97301
Phone (503) 371-3502
    Attorney for Defendant State Farm Fire & Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LITTLE TREES INVESTMENTS, LLC, | Case No. 3:24-CV-01524-YY |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

    Pursuant to FRCP 41(a)(1)(A)(ii), plaintiff and defendant stipulate to the voluntary dismissal of the present action with prejudice.  This dismissal is based on the following stipulations:

    1.    The parties to this lawsuit have settled their claims and have agreed to a form of judgment of dismissal with prejudice submitted herewith.

    2.    The parties and their counsel hereto agree to the dismissal of the present lawsuit with prejudice and without costs or fees to any party.

/////

Page 1 –  STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS SO STIPULATED:

      7/15/25　　　　　　　　　　　　　　　*/s/ Nicholas Thede*
Dated _____　　　　　_____
                                                     NICHOLAS THEDE, OSB #075460
                                                     Of Attorneys for Plaintiff

      7/15/25　　　　　　　　　　　　　　　*/s/ Michael J. Walker*
Dated _____　　　　　_____
                                                       MICHAEL J. WALKER, OSB #055108
                                                     Of Attorneys for Defendant

## CERTIFICATE OF MAILING

STATE OF OREGON         )
                        ) ss.
COUNTY OF MARION        )

      I hereby certify that I am one of the attorneys for the party stated below: That I served within the foregoing pleading or document on the following person(s):

    Nicholas Thede, Kyle Sturm and Scott MacLaren, 70 S.W. Century Drive, #100-484, Bend, OR 97703
    Emails: kyle.sturm@foremansturm.com; nick.thede@foremansturm.com; and scott@foremansturm.com
        Attorneys for Plaintiff

by email as set forth above and by placing a true and correct copy thereof, duly certified to be such by me, as such attorneys, in a sealed envelope, postage fully prepaid, and depositing the same in the U.S. Post Office at Salem, Marion County, Oregon, on the date stated below. Said party resides or has his/her office at said address.

     DATED this 15th day of July, 2025.

                      */s/ Michael J. Walker*

                        _____
                        MICHAEL J. WALKER
                        Of Attorneys for Defendant